UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
JUN 29 2012
AT ___ O'CLOCK ___
Lawrence K. Baerman, Clerk - Syracuse

_NAKeem Archie_ )
            **Plaintiff(s)** )
  )
  )
      **vs.** )
_Brain Fisher, Commissioner_ )
_of Corr. Servs. Medical Staff_ )
_( John Doe )_ **Defendant(s)** )
_Sued in Official and Individual_
_Capacities._

**COMPLAINT PURSUANT**
**42 U.S.C. § 1983**

Case No. 9: _12_ cv _1050_

| Plaintiff(s) demand(s) a trial by: | ✓ JURY | ____ COURT | (Select **only** one.) |

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1.     This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331, 1343(3) and (4), and 2201.

## PARTIES

2.     Plaintiff: _NAKeem Archie_

     Address: Upstate Correctional Facility, P.O. Box 2001, Malone, NY 12953.

     Additional Plaintiffs may be added on a separate sheet of paper.

3.   a.    Defendant: _Brain Fisher_
          Official Position: _Comm. of Corr. Servs._
          Address: _1220 Washington Ave/Bldg 2_
                 _Albany, N.Y. 12226_

b.     Defendant: _(John Doe) Medical Staff_

Official Position: _Medical Personnel_

Address: _UPState Corr. FAC._

_Malone, N.Y. 12953_

c.     Defendant: _____

Official Position: _____

Address: _____

_____

_____

Additional Defendants may be added on a separate sheet of paper.

## 4. PLACE OF CONFINEMENT

a.     Is there a prisoner grievance procedure at this facility?

____✓____ Yes          _____ No

b.     If your answer to 4a is YES, did you present the facts relating to your compliant in this grievance program?

____✓____ Yes          _____ No

If your answer to 4b is YES,

(i)     What steps did you take? _File grievance At the Facility. then Appealed to Commissioners office_

(ii)    What was the final result of your grievance? _No Action WAS TAKEN on grievances_

If your answer to 4b is NO – why did you choose to not present the facts relating to your complaint in the prison's grievance program? _____

_____

_____

c.   If there is no grievance procedure in your institution, did you complain to prison authorities about the facts alleged in your complaint?

_____ Yes                    _____ No

If your answer to 4c is YES,

(i)   What steps did you take? _____

_____

_____

(ii)   What was the final result of your grievance? _____

_____

If your answer to 4c is NO – why did you choose to not complain about the facts relating to your complaint in such prison? _____

_____

_____

5.   **PREVIOUS LAWSUITS**

a.   Have you filed any other lawsuits in any state and federal court relating to your imprisonment?

_____ Yes                    ___✓___ No

b.   If your answer to 5a is YES you must describe any and all lawsuits, currently pending or closed, in the space provided below.

For EACH lawsuit, provide the following information:

i.   Parties to previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

## Statement of Facts

1. On February 22, 2011, plaintiff was transfered from Five Points Correctional Facility to UPState Correctional facility to began serving a term for violating the rules and regulations of the Department of Corrections.

2. On June 2001 plaintiff was escorted by C.O. Simmons and Miller, and Sgt. Eddy glave these officers the authority to have me placed IN the cell with inmate Washington #unknown C+ 1-21, whom is a known member of the "Crips" gang a rival gang of the "Bloods," at which time plaintiff was assaulted and photographs of the incident, and plaintiff was interviewed by facility Investigation Affairs personnel at this facility.

3. On November 13, 2011 plaintiff was then assaulted by C.O. E. Woods, by throwing facility shaving cream packages at plaintiff, there after,

1. Every inmate recieved in this facility is interviewed by a facility Sergeant and ask as to gang affilations, plaintiff inform Sergeant Gokey, that he is a know member of the "Bloods" gang. Officers at this facility for years have been placing rival gang memebers in the cells to assault one another, but not "white" gang memeber only "Black and Hispanic"

• Cont-2

Plaintiff filed AN Institutional greavience, At which time, plaintiff property WAS destoryed by office Wood And Officer King, After plaintiff Institutional level WAS Reduced, plaintiff court transcripts WAS destroyed family photographs, And personal books, And plaintiff WAS then retaliated Against.[2]

4. On February 16, 2012 plaintiff And his cell-MAte Smith #IIA2649, WAS being SEARCH And both were Removed to a cell out of sight of the SEARCH which WAS performed by CO. Comstock directed by facility Sgt. Eddy, thereafter plaintiff WAS charged with A WEAPON And claim to have been seen placing this WEAPON IN his cell tolite, which WAS FALSE, plaintiff cell mate confessed to putting the WEAPON IN the cell And signed AN Affidavit At which time plaintiff Appealed these disciplinary Infractions, At which time No determination has been made.

2. Plaintiff WAS given A restricted diet by R. Isabella which WAS done for Incident on Nov 13, 2011, for that incident, but never medically examined As Required, by rules.

Cont-5

5. On November 23, 2011 plaintiff WAS given
A disciplinary infraction for violating prison
Rule $ 118.22, 107.10, 102.10, 124.13, And
124.16, by C.O. Woods, for incident that
Occurred on November 13, 2011 plaintiff
WAS given A restriced diet "Breadloaf" but
WAS Never examined by the facility medical
Department this WAS done for seven-days,
And plaintiff WAS given (4) months Additional
in Special Housing Unit

6. On March 22 2012, plaintiff WAS taken
out of his cell to be moved to Another cell
with Inmate Brown, 10-C-22, but Inmate
Brown refused to permit plaintiff enter
the cell, this WAS done by office McBeth,
Office Keating, then plaintiff WAS escorted
to lower holding cell by these same officers,
thereafter plaintiff WAS taken to Another
Inmate cell Shan Hyatt # unknow, thereafter
plaintiff WAS Assaulted by this rival gang
Memeber which WAS Witness by office
Miller whom filed the disciplinary Infraction,
but did Nothing to stop the Assault.

Cont'd

7. On April 27, 2012, plaintiff was ordered to step into his cell recerational cage at which time a inmate was ordered to come in the cell, but the inmate refused, At which time plaintiff remained in his recerational cage for more than (2) hours with no clothing on his persons, this was done by officer Miller, but ordered by Sgt. Eddy, Sgt Eddy, refused to allow plaintiff to use the bathroom, then claimed to have found drugs belonging to plaintiff but this was not on the facility cameras watching plaintiff, this was retaliation for filing grievances against Sgt. Eddy, C.O. Woods C.O. Mitchell, C.O. Miller, C.O. Garson, And C.O. St. Mary, C.O. Hyde, And plaintiff was then given disciplinary infraction for the drugs, And order the restricted diet "loafbread," by Hearing officer Stickeney,

8. On May 1, 2012 plaintiff was assaulted by C.O. St. Mary, C.O. Grant C.O. Gale C.O. Derouchie C.O. Winston C.O. Mitchendly, C.O. Rolfe, And Sgt. Eddy, C.O. S. Lamare, C.O. Wood, this was done on fasely pretense of an uryanalics test, At which plaintiff

Cont 5

WAS handcuff then take out the cell in front of facility cameras. And forcely taken to the ground even though the cameras clearly show plaintiff not resisting for doing any violently actions towards the officers. once plaintiff was taken to ground where he was assaulted then plaintiff was fasely given a discplinary infraction for the filing of greivances against these officers for previous threats, And fasley infractions.

9. On May 15, 2012, plaintiff life was again put in danger when plaintiff was placed in a cell with a know rival gang member of the "Crips" to assault plaintiff. this was ordered by Sgt. Eddy and CO. (John Does) Inmate "Bodrick" 11R3176, was the Inmate of the "Crips" gang and plaintiff is of the "Bloods". plaintiff was given an additional discplinary infraction this was done to keep plaintiff at this facility to be continually assaulted and his rights violated.

10. Plaintiff filed greivances as to all these claims and notify Brain Fisher Commissioner whom did nothing to protect plaintiff against these officers and thier conduct.

11. Plaintiff contacted UPState Correctional Facility Superintendent AND Informed him of the officers threats, AN ASSAULTS before these incidents happen And Nothing WAS done After these Actions by the corrections officers.

12. Plaintiff WAS Never pysahally examined when given Restricted diet "loaf bread" by medical personnel, And plaintiff WAS Not Authorized to be given this "diet restriction" UNDER rules And regulations of Department of Corrections.

ii.    Court (if federal court, name District, if state court, name County:

_____

iii.   Docket number: _____

iv.    Name of Judge to whom case was assigned: _____

v.     Disposition (dismissed? on appeal? Currently pending?): _____

vi.    Approximate date of filing of prior lawsuit: _____

vii.   Approximate date of disposition: _____

6.                            **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.** (you may use additional sheets if necessary).

*See Attached Statement of Facts:*

7.                      **CAUSES OF ACTION**

**Note: You must clearly state each cause of action you assert in this lawsuit.**

### FIRST CAUSE OF ACTION

*See Attached papers:*

_____

_____

_____

_____

_____

_____

### SECOND CAUSE OF ACTION

_____

_____

_____

_____

_____

_____

_____

### THIRD CAUSE OF ACTION

_____

_____

_____

_____

_____

_____

_____

## First Cause of Action

Plaintiff rights by defendants under paragraph (2) was violated when the defendants placed plaintiff in the cell to be assaulted by a rival gang member and failed to protect plaintiff from cruel and unusal punishment under US. Eight Amendment, and violated plaintiff US. Fourteenth Amend rights under Due Process Clause by failing to assist plaintiff under the State rules and regulations.

## Second Cause of Action

Plaintiff rights was violated by defendants in paragraph (3) when plaintiff was assault by defendants and his court transcripts destroyed which violated plaintiff rights under US. Fourteenth Amendment and US. First Amendment to access to the court on his pending direct appeal plaintiff could not file a Supplemental brief an violated plaintiff rights under US. Constitution of Fourteenth for Due Process for retaliations.

## Third Cause of Action

Plaintiff U.S. Rights under Eight Amend was violated when defendant was ordered to be placed upon restricted diet "loaf bread" which caused plaintiff to become ill with vomiting, headaches, body aches, and numbness in his face and hands, which was cruel and unusal punishment for the denial of food by the defendant in paragraph (7) and footnote (2) defendant R. Isabella, when plaintiff was not given any of the necessary pre-medical evaluation required by rules, before placing plaintiff on the restricted diet, and restricted diet was not to be given to plaintiff for punishment for his infractions.

## Fourth Cause of Action

Plaintiff U.S. rights under Fourteenth Amendment Due Process Clause and U.S. Eight Amendment to Equal Protection for defendants under paragraph (4) placing weapon in plaintiff's cell and filing false disciplinary infractions against plaintiff.

## Fifth Cause of Action

Plaintiff rights under U.S. Eight Amendment for defendants in paragraph (5) was violated when defendants was placed on restricted diet "breadloaf" by Medical Department in absence of the medical regulations ordered by unknown John Doe defendants in paragraph(s) which was cruel and unusal punishment for failure to provide adequate food, which cause plaintiff to loose weight and continue to be ill, with headaches, and consist vomiting.

## Sixth Cause of Action

Plaintiff rights under U.S. Fourteenth and U.S. Eight Amendment by defendant C.O. Woods for falsey writting disciplinary infractions in retaliation of plaintiff filing state greivances against defendants.

## Seventh Cause of Action

Plaintiff rights under U.S. Fourteenth and Eight Amendment of Due Process Clause cruel and unusal punishment for failure to protect plaintiff by placing plaintiff in cell with rival gang memebers by defendants in paragraph(s), and falsey disciplinary dispositions against plaintiff, and failure to protect plaintiff from assaults by knowing these white rival gang members from the records keep in prison gang unit

## Eight Cause of Action

Plaintiff rights under U.S. Eight Amend to cruel and unusual punishment when defendants when In paragraph (7) keep plaintiff in the "cold" weather refused to allow plaintiff to used facility restroom, or to eat his state dinner and fasely retaliated by given discplinary Infractions and order to be given the restricted diet "loafbread." All this Also A violation of plaintiff rights under U.S. Fourteenth Amendment of due process clause, U.S. Fifth Amend to Equal treatment.

## Nine Cause of Action

Plaintiff rights under U.S. Eight Amend of cruel and unusual punishment when defendants unlaw assaulted plaintiff these defendants In paragraph (7) did this to plaintiff because plaintiff filed A grievance against the defendants and defendant order plaintiff on A restrictive diet by defendant In paragraph (7) And medical department personnel which was against rules of department of corrections which cause plaintiff to be ill, with headaches, vomiting. All against U.S. Eight Amend, to medical Attention.

## Ten Cause of Action

Plaintiff rights by defendants in paragraph (8) was violated when plaintiff was assaulted by defendants under U.S. eight Amendment to cruel and unusal punishment when plaintiff was beaten when plaintiff was handcuffed and this was done in the facility camera view and then plaintiff was given fasely disciplinary infractions for filing grievances against these defendants.

## Eleven Cause of Action

Plaintiff rights by defendants in paragraph (9) was violated when plaintiff was placed in cell with a rival gang memeber to be assault which was done by the defendants in violation of his rights under U.S. eight Amendment to cruel and unusal punishment and to care and custody for the safety of his life, when these defendants knew these where rival gang memebers by facility gang unit records and these officers, were consistly useing same inmates over several years to assault each other.

## Twelve Cause of Action

Plaintiff rights under the U.S. Const.
Amend of Eight Amendment to cruel and
unusual punishment when defendants IN
paragraph (10) knew that his officers where
violating plaintiff rights by assaulting
plaintiff and placing weapons on plaintiff
and writting false disciplnary infractions
when plaintiff filed letters and grievances
to the Commissioner's office before these
incidents occurred, and the defendant
failed to protect plaintiff under the U.S.
fourteenth Amendment of Due Process
Clause, and plaintiff needs to medical
and to protect plaintiff.

## Thirteenth Cause of Action

Plaintiff rights under U.S. Eight Amend
to be protected from Assaults falsey charges,
under cruel and unusual punishment by
the defendants IN paragraph (11) and
thier failure to assist plaintiff was
violated because these defendants knew
of these correctional officers conduct
before it happen and failed to protect
plaintiff, when plaintiff informed defendant
prior to these actions by the correction officers.

8.    **PRAYER FOR RELIEF**

**WHEREFORE**, PLAINTIFF(S) REQUEST(S) THAT THIS Court grant the following relief:

Plaintiff seeks punitive damages from each of defendants for violating plaintiff rights under Fifth and U.S. Eight Amend + Fourteenth in amount of 7 million Dollars. Plaintiff seeks compensatory damages from each defendant in amount of 7 millions for violating rights under Eight and/or fourteenth Amend of constitution.

I declare under penalty of perjury that the foregoing is true and correct

DATED: 6/20/12

Archie Nakeem

Signature of Plaintiff(s)
(all Plaintiffs must sign)